PHILLIP A. TALBERT
United States Attorney
WILLY M. LE
Acting Regional Chief Counsel, Region VI
Social Security Administration
KENDALL M. REES, WA Bar No #20030
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young St., Mailroom 104
    Dallas, TX 75202
    (214) 767-3757
    kendall.rees@ssa.gov
Of Counsel:
Pamela Koehler
Assistant Regional Counsel
SSA / Office of the General Counsel, Reg.VI.
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HOWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:21-cv-0589 DB<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.G. § 405(G) AND TO ENTRY OF JUDGMENT; AND ORDER |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  On remand, the March 28, 2019, decision will be vacated and the case will be remanded to an administrative law judge who will offer Plaintiff an

Stip. to Remand; 2:21-cv-00589-DB

opportunity for a de novo hearing and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: May 26, 2022            */s/ Jacqueline A. Forslund
                               Jaqueline A. Forslund
                               Attorney for Plaintiff
                               *Authorized via e-mail on May 26, 2022

                               PHILIP A. TALBERT
                               United States Attorney

                               WILLY M. LE
                               Acting Regional Chief Counsel, Region VI
                               Social Security Administration

                    By:        /s/ Kendall Rees
                               KENDALL REES
                               Special Assistant United States Attorney

                               Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that;

1. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant;

2. The decision of the Commissioner is reversed;

3. This action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand; and

4. This action is closed.

DATED: May 26, 2022            /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-00589-DB